# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-269

| | |
|---|---|
| E.E. by and through his NEXT FRIEND MOLLY ESPEY, ) ) ) Plaintiff, ) ) vs. ) ) EAGLES NEST FOUNDTION, d/b/a ) EAGLE'S NEST CAMP, OUTDOOR ) ACADEMY, ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court on Wade E. Ballard's Application for Admission to Practice *Pro Hac Vice* of S. Clay Keim. It appearing that S. Clay Keim is a member in good standing with the South Carolina State Bar and will be appearing with Wade E. Ballard, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Wade E. Ballard's Application for Admission to Practice Pro Hac Vice (#31) of S. Clay Keim is **GRANTED**, and

that S. Clay Keim is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Wade E. Ballard.

Signed: August 20, 2016

Dennis L. Howell
United States Magistrate Judge