# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-269

| | |
|---|---|
| E.E. by and through his NEXT FRIEND MOLLY ESPEY, ) ) ) **Plaintiff,** ) ) vs. ) ) EAGLES NEST FOUNDTION, d/b/a ) EAGLE'S NEST CAMP, OUTDOOR ) ACADEMY, ) ) **Defendant.** ) ) | **ORDER** |

**THIS MATTER** is before the Court on Melissa Leila Louzri's Application for Admission to Practice *Pro Hac Vice* of Sarah Meadows Gable. It appearing that Sarah Meadows Gable is a member in good standing with the South Carolina State Bar and will be appearing with Melissa Leila Louzri, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Melissa Leila Louzri's Application for Admission to Practice Pro Hac Vice (#36) of Sarah Meadows Gable is

**GRANTED**, and that Sarah Meadows Gable is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Melissa Leila Louzri.

Signed: August 25, 2016

Dennis L. Howell
United States Magistrate Judge