IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 269

| | |
|---|---|
| **E.E. by and through his Next Friend Molly Espey,** ) ) ) **Plaintiff** ) ) **v** ) ) **EAGLES NEST FOUNDATION, d/b/a EAGLE'S NEST CAMP, THE OUTDOOR ACADEMY,** ) ) ) ) ) **Defendant.** ) | **ORDER** |

**THIS MATTER** has come before the undersigned pursuant to a Certification and Report of F.R.C.P.26(f) Conference and Discovery Plan (#40). The Court has reviewed the Certification and the pleadings in this matter and has determined that a hearing is necessary in regard to the discovery plan and in regard to additional issues which are causing concern to the Court. The additional issues are:

(1) Whether or not the Plaintiff can proceed without the appointment of a general guardian or a guardian ad litem as required by Rule 17 of the Federal Rules of Civil Procedure, and particularly Rule 17(a), (b) and (c);

(2) To determine the legal status of Defendant. That is, whether or not the Defendant is a corporation and, if so, by what law or state under which it is

organized; and

  (3) To discuss the Certification filed in this matter.

The undersigned will schedule a hearing concerning these matters for Friday, October 14, 2016. Parties counsel are required to appear and be prepared to discuss the issues presented in this Order.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that a hearing be scheduled concerning the issues set forth above for **Friday, October 14, 2016 at 2:00 p.m**. in Courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: September 27, 2016

Dennis L. Howell
United States Magistrate Judge