# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv269

| | |
|---|---|
| MOLLY ESPEY, as lawful guardian ad litem of Minor Child E.E. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| EAGLES NEST CAMP, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Pending before the Court is the Motion to Compel [# 50]. According to the Report of Mediation, the parties settled this case at mediation and will file a dismissal with prejudice by April 1, 2017. Accordingly, the Court **DENIES as moot** the pending Motion to Compel [# 50].

Signed: January 3, 2017

Dennis L. Howell
United States Magistrate Judge

-1-