# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00269-MR-DLH

| | | |
|---|---|---|
| **In re E.E., by and through his Next Friend Molly Espey,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **O R D E R** |
| **EAGLE'S NEST FOUNDATION** d/b/a Eagle's Nest Camp and Outdoor Academy, | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court on the report of the mediator advising that this matter has been completely settled. [Doc. 52]. Additionally, the parties have advised the Court's chambers that the minor Plaintiff has now reached the age of majority.

In light of these events, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file an appropriate pleading substituting the proper Plaintiff as a party to this action.

**IT IS FURTHER ORDERED** that within fourteen (14) days after the substitution of the proper party Plaintiff, the parties shall file an appropriate

stipulation dismissing this action.  The parties are advised that failure to comply with the requirements of this Order may result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**  Signed: April 10, 2017

Martin Reidinger
United States District Judge